# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.                                            **SENTENCING MINUTES**

**THOMAS E SMITH**                 Case No. 20-cr-0196-bhl-1

---

HONORABLE BRETT H. LUDWIG presiding          Time Called:   10:06 a.m.
Proceeding Held:  6/2/2021                   Time Concluded:   11:17 a.m.
Deputy Clerk:  Kristine B.                   Court Reporter:   John S.

**Appearances:**

UNITED STATES OF AMERICA by:          Laura Connelly and Leslie Garthwaite

THOMAS E. SMITH in person and by:     Michael J. Steinle

US PROBATION OFFICE by:               Daniel E. Dragolovich

---

☒ The parties have no objections to the factual statements in the PSR

☐ The parties have no objections to the application of the guidelines in the PSR

☐ Objections/corrections to factual statements in PSR by ☐ Plaintiff ☐ Defendant

☒ Objections/corrections to application of guidelines by ☒ Plaintiff ☐ Defendant

☐ The Court adopts the factual statements and guideline application as set forth in the PSR

☒ The Court adopts the factual statements and guideline application with these changes:   The Court sustained the parties' objection and will apply a 2-level enhancement instead of a 4-level enhancement under §3B1.1 for defendant's role in the offense.    The total offense level is 24.

---

☒ The government presents sentencing argument:  63 months imprisonment, 2 years SR, and $960,000 in restitution.

☒ The defendant presents sentencing argument:  12 – 18 months imprisonment.

☒ Defendant exercises right of allocution.

☒ The Court imposes sentence.

☒ The government dismisses count(s) 1, 3-6, 9, 11-13

☒ Defendant advised of appeal rights.

**SENTENCE IMPOSED:**

**Imprisonment:** ___57___ Months as to Count _____2_____ of the  Indictment

Imprisonment term for each count to be served ☐ concurrently ☐ consecutively.
TOTAL TERM OF IMPRISONMENT IMPOSED: _____ months.

**Supervised
Release:** ___2___ Years as to Count _____2_____ of the  Indictment

**MONETARY PENALTIES**

**Special Assessment:** $ 100_____ due immediately

**Fine:** $ _____ ☒ fine waived

**Restitution:** $ 960,000_____ ☐ determination deferred

**JOINT AND SEVERAL PAYMENTS**

☐ Fine and/or ☒ Restitution is **joint and several** with Samuel Davis, Stephen Smith, Robert Hamilton, Tarone Woods, and Deon Petty.

**FORFEITURE**

☐ All property forfeited upon conviction or by order of the court shall be included in the criminal judgment.

**CUSTODY**

☐ The defendant is remanded to the custody of the U.S. Marshal Service.
☒ The defendant is to voluntarily surrender at the institution designated by the Bureau of Prisons as notified by the U.S. Probation Office.

**CONDITIONS OF SUPERVISED RELEASE/PROBATION**

☒ The defendant does not object to the conditions of supervised release as set forth in the presentence investigation report.
☒ The defendant waives reading of the conditions of supervised release.

☒ **Mandatory Conditions of Supervision** imposed.

☒ The Court adopts the **Standard Conditions of Supervision** set forth in the presentence investigation report without change.

☒ The Court adopts the **Special Conditions of Supervision** set forth in the presentence investigation report without change.